William L. Coulthard, Esq.
Nevada Bar No. #3927
Coulthard Law PLLC
840 South Rancho Drive #4-627
Las Vegas, Nevada 89106
(702) 898-9944
wlc@coulthardlaw.com
*Attorneys for Plaintiffs CS-Entities*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Coyote Springs Investment LLC, a Nevada Limited Liability Company, Coyote Springs Nevada LLC, a Nevada limited liability company, and Coyote Springs Nursery LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br>v.<br><br>STATE OF NEVADA, on relation to its Division of Water Resources, Department of Conservation and Natural Resources, Tim Wilson, Nevada State Engineer; and Does I through X.<br><br>Defendants. | Case No. 2:20-cv-01842-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO SUBMIT OPPOSITION TO THE MOTION TO DISMISS AND FOR DEFENDANTS TO FILE THEIR REPLY THERETO.**<br><br>**First Request** |

IT IS HEREBY STIPULATED between Plaintiffs COYOTE SPRINGS INVESTMENT LLC, a Nevada limited liability company, COYOTE SPRINGS NEVADA LLC, a Nevada limited liability company, and COYOTE SPRINGS NURSERY LLC, a Nevada limited liability company (collectively the "CS-Entities" and or "Plaintiffs"), by and through their counsel, William L. Coulthard Esq., of Coulthard Law PLLC, and Defendants STATE OF NEVADA, on relation to its Division of Water Resources, Department of Conservation and Natural Resources, Tim Wilson, Nevada State Engineer ("Defendants"), as follows:

…

1

1. This is the parties' first stipulation for an extension of time to file their motion papers.

2. The reasons for the stipulated extension are that the initial electronic service of the underlying Motion to Dismiss was sent to Mr. Coulthard's prior firm's e-mail address, which resulted in a shortening of Plaintiffs' time for preparing and filing their Opposition to Motion to Dismiss, and that the State and its Attorney General's Office anticipate to be busier than usual with competing work surrounding the upcoming general elections and would benefit from an additional week to file the Reply, if necessary.

3. Plaintiffs' time to file their Opposition to Defendants' Motion to Dismiss shall be extended to on or before **November 2, 2020;**

4. Defendants' time to file their Reply brief in support of their Motion to Dismiss is extended to on or before **November 16, 2020**.

No hearing date has been set on the underlying Motion to Dismiss.

///

///

///

///

///

///

///

2

| | |
|---|---|
| Dated this ___ day of October, 2020 | COULTHARD LAW, PLLC |
| /s/___Akke Levin_____ | /s/_____William L. Coulthard_____ |
| AARON D. FORD | William L. Coulthard, Esq. (#3927) |
|   Attorney General | Coulthard Law PLLC |
| Steve Shevorkski (Bar No. 8256) | 840 South Rancho Drive #4-627 |
|   Chief Litigation Counsel | Las Vegas, Nevada 89106 |
| Akke Levin (Bar No. 9102) | (702) 989-9944 |
|   Senior Deputy Attorney General | wlc@coulthardlaw.com |
| Kiel B. Ireland (Bar No. 15368C) | *Attorney for Plaintiffs CS-Entities* |
|   Deputy Attorney General | |
| Office of the Attorney General | |
| 555 E. Washington Ave. Ste. 3900 | |
| Las Vegas, NV 89101 | |
| sshevorski@ag.nv.gov | |
| alevin@ag,nv.gov | |
| kireland@ag.nv.gov | |
| *Attorneys for Defendants* | |

**ORDER**

IT IS SO ORDERED: _[signature]_

UNITED STATES DISTRICT COURT JUDGE

DATED:__10/30/2020_____